O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT DUENAS,                              )   Case No. LA CV 14-1220 AB (JCG)
                                            )
                    Petitioner,             )   **ORDER ACCEPTING REPORT AND**
                                            )   **RECOMMENDATION OF UNITED**
          v.                                )   **STATES MAGISTRATE JUDGE AND**
                                            )   **DENYING CERTIFICATE OF**
CHRISTIAN PFEIFFER,                         )   **APPEALABILITY AND EVIDENTIARY**
                                            )   **HEARING**
                    Respondent.             )
_____ )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.  No objections to the Report and Recommendation have been filed.

     Accordingly, IT IS ORDERED THAT:

     1.    The Report and Recommendation is approved and accepted;

     2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

     3.    The Clerk serve copies of this Order on the parties.

     Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a

1

constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of appealability.

Nor is Petitioner entitled to an evidentiary hearing.  *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-decision at the time it was made.  It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

DATED:  February 1, 2016

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE