JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DUENAS, <br>     Petitioner, <br>     v. <br> CHRISTIAN PFEIFFER, <br>     Respondent. | Case No. LA CV 14-1220 AB (JCG) <br><br> **JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: February 1, 2016      _____

                                           HON. ANDRÉ BIROTTE JR. <br>
                                     UNITED STATES DISTRICT JUDGE